IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL K. CHESTANG,** | 2:14-cv-0621-JAM EFB |
| Petitioner, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME** |
| **v.** | |
| **SWARTHOUT,** | |
| Respondent. | |

Respondent requested a thirty-day extension of time, to and including August 4, 2014, to file a response to the Petition for Writ of habeas Corpus filed by Daniel K. Chestang.  Good cause appearing, the request is GRANTED.


Dated:  July  3  2014                          _____

HON. EDMUND F. BRENNAN
United States Magistrate Judge

SA2014313247
11396563.doc

1

- [Proposed] Order Granting Extension of Time  (2:14-cv-0621-JAM EFB)